UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 12-309 (DSD)

United States of America,

       Plaintiff,

v.                                                    **ORDER**

Khemall Jokhoo,

       Defendant.


This matter is before the court upon defendant Kemall Jokhoo's pro se motion for reconsideration of the court's sentence imposed in a revocation proceeding.  After finding that he violated the terms and conditions of his supervised release, the court sentenced Jokhoo to twelve months of imprisonment to be followed by three years of supervised release.  See ECF No. 249.  Jokhoo now asks the court to resentence him to one year and one day so that he may participate in certain programming while incarcerated.

Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of law or fact or ... present[ing] newly discovered evidence."  Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1988) (quotation and citation omitted). Jokhoo does not present any evidence relevant to this standard. As a result, his motion must be denied.

Accordingly, **IT IS HEREBY ORDERED** that the motion for reconsideration of sentence [ECF No. 259] is denied.

Dated: March 11, 2025

s/David S. Doty
David S. Doty, Judge
United States District Court