```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                CRIMINAL NO. 12-309 (DSD)
```

United States of America,

        Plaintiff,

v.                                    **ORDER**

Khemall Jokhoo,

        Defendant.

    This matter is before the court upon defendant Kemall Jokhoo's pro se motions for various forms of relief. The court has reviewed defendant's motions and heard each party's arguments in court. It is evident based on the record that none of the motions have merit and must be denied.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.   The motion for emergency writ of habeas corpus [ECF No. 314] is denied

    2.   The motion for protective order [ECF No. 315] is denied;

    3.   The motion to preserve attorney-client privilege [ECF No. 316] is denied;

    4.   The motion to modify conditions of release [ECF No. 317] is denied;

    5.   The motion for a hearing [ECF No. 318] is denied;

    6.   The motion to dismiss the supervised release petition [ECF No. 319] is denied;

7.   The motion to disqualify government counsel [ECF No. 320] is denied; and

8.   The motion to stay [ECF No. 321] is denied.


Dated: January 15, 2026

                                           s/David S. Doty
                                           David S. Doty, Judge
                                           United States District Court