```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             CRIMINAL NO. 12-309 (DSD)
```

United States of America,

        Plaintiff,

v.                                              **ORDER**

Khemall Jokhoo,

        Defendant.

    This matter is before the court upon defendant Kemall Jokhoo's pro se motions to proceed in forma pauperis on appeal and for release pending appeal. Both motions are denied. Because this is a criminal appeal of his sentence, he need not file for IFP status. He has been appointed stand-by counsel on appeal and will not incur filing fees or costs, as one does in a civil case. As for the motion for release, the court finds that defendant has not met the standards set forth in 18 U.S.C. § 3143(b). In particular, the court cannot conclude that he is not a danger to the community or that his appeal raises a substantial question of law or fact.

    Accordingly, **IT IS HEREBY ORDERED** that the motions [ECF Nos. 327, 328] are denied.

Dated: January 29, 2026

                                            s/David S. Doty<br>
                                            David S. Doty, Judge<br>
                                            United States District Court