UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 12-309 (DSD)

United States of America,

        Plaintiff,

v.                                                    **ORDER**

Khemall Jokhoo,

        Defendant.


This matter is before the court upon defendant Kemall Jokhoo's second motion for recusal based on his disagreement with the court's decisions in his case, which he argues evince bias. Nothing in defendant's motion legitimately calls into question the court's impartiality or appearance thereof. As a result, defendant has not met the standard for recusal set forth in 28 U.S.C. § 455.

Accordingly, **IT IS HEREBY ORDERED** that the motion for recusal [ECF No. 338] is denied.


Dated: April 29, 2026

                      s/David S. Doty
                      David S. Doty, Judge
                      United States District Court